UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIO RODRIGUEZ,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON COUNSEL'S CJA VOUCHER

**THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's First Interim Voucher Fees regarding Criminal Justice Act Voucher 113C. 0565039 issued by United States Magistrate Judge Alicia M. Otazo-Reyes on March 12, 2018 [ECF No. 408]. Magistrate Judge Otazo-Reyes, recommends that this Court, approve the CJA Voucher 113C. 0565039 and that Jose-Carlos A. Villanueva, Esq. be paid a total sum of **$10,576.92**. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed.

Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendations [ECF No. 408], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __13__ day of March, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Jose-Carlos A. Villanueva, Esq
CJA Administrator