UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIO RODRIGUEZ,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON COUNSEL'S SECOND INTERIM CJA VOUCHER

**THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's Second Interim CJA Voucher submitted pursuant to the Criminal Justice Act Voucher 113C.0616688 issued by United States Magistrate Judge Alicia M. Otazo-Reyes on May 17, 2018 [ECF No. 463]. Magistrate Judge Otazo-Reyes, recommends that this Court, approve the Second Interim CJA Voucher 113C.0616688 and that Attorney Jose-Carlos Villanueva be paid a total sum of **$28,416.51**. The parties were afforded the opportunity to file objections to the Report and Recommendations, and the Court notes Counsel's Notice of No Objection to Report and Recommendations [ECF No. 464].

Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendations [ECF No. 463], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __18__ day of May, 2018.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Jose-Carlos Villanueva, Esq
CJA Administrator